# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANDY DEMOND PARKER

NO. 2021 KW 0797

OCTOBER 18, 2021

---

In Re:   Randy Demond Parker, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-12-1147-J.

---

**BEFORE:   LANIER, WOLFE, AND BURRIS,[1] JJ.**

   **WRIT DENIED.**

WIL
EW
WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.